# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2096

_____

Stephen M. Partin,

                Appellant,

   v.

Young, Dr., C.M.S. Staff Doctor,
Maximum Security Unit, ADC;
Loretta Engstrom, C.M.S. Office
Case Worker, Maximum Security
Unit, ADC (originally sued as
Engstrom); John Byus, Director,
C.M.S. Health Care, Arkansas
Department of Correction; Larry
Norris, Director, Arkansas
Department of Correction; Max
Mobley, Deputy Director of C.M.S.
Health Care, Arkansas Department
of Correction,

                Appellees.

\* Appeal from the United States
\* District Court for the Eastern
\* District of Arkansas.
\*
\* [UNPUBLISHED]

_____

Submitted: September 24, 2002

Filed: October 8, 2002

_____

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Stephen M. Partin appeals the district court's[*] dismissal without prejudice of Partin's 42 U.S.C. § 1983 denial-of-medical-care lawsuit. Having carefully reviewed the record, we agree with the district court that Partin failed to exhaust available prison administrative remedies for all his claims. See 42 U.S.C. § 1997e(a); Graves v. Norris, 218 F.3d 884, 885-86 (8th Cir. 2000) (per curiam). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.